FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Julio Gabriel Diaz DEFENDANT(S). | CASE NUMBER SA11-636M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **January 10, 2012**, at **10** ☒ a.m. / ☐ p.m. before the Honorable **Arthur Nakazato**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ___**N/A**___ and produced for the hearing.
(Other custodial officer)

Dated: **January 5, 2012**

_____
U.S. District Judge/Magistrate Judge