1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11                    September 2011 Grand Jury

12  UNITED STATES OF AMERICA,  ) No. SA CR 12-11(A)-CJC
                                )
13            Plaintiff,        ) F I R S T
                                ) S U P E R S E D I N G
14            v.                ) I N D I C T M E N T
                                )
15  JULIO GABRIEL DIAZ,         ) [21 U.S.C. § 841(a)(1): Distribution
                                ) and Dispensing of a Controlled
16            Defendant.        ) Substance; 21 U.S.C. § 859:
                                ) Distribution of a Controlled
17                              ) Substance to Person Under Twenty-One
                                ) Years of Age; 21 U.S.C. § 853(a):
18                              ) Criminal Forfeiture of Property;
                                ) 18 U.S.C. § 2(b): Causing an Act to
19  _____  ) Be Done]

20       The Grand Jury charges:

21                 COUNTS ONE THROUGH TWENTY-SEVEN

22       [21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(b)]

23       1.   On or about the following dates, in Santa Barbara and

24  Orange Counties, within the Central District of California,

25  defendant JULIO GABRIEL DIAZ, then a physician licensed to

26  practice medicine in the State of California, while acting and

27  intending to act outside the usual course of professional

28  practice and without a legitimate medical purpose, knowingly and

intentionally distributed and dispensed, and caused the
intentional distribution and dispensing of, the following pills
containing a detectable amount of oxycodone, a Schedule II
narcotic drug controlled substance, to the following persons:

| Count | Date | Number of Pills | Person |
|---|---|---|---|
| 1 | 01/27/10 | 180 | C.S. |
| 2 | 03/04/10 | 360 | T.R. |
| 3 | 03/18/10 | 360 | T.R. |
| 4 | 03/18/10 | 30 | T.R. |
| 5 | 03/31/10 | 180 | T.R. |
| 6 | 03/31/10 | 30 | T.R. |
| 7 | 04/02/09 | 180 | T.R. |
| 8 | 05/15/10 | 300 | A.B. |
| 9 | 06/11/10 | 150 | C.S. |
| 10 | 06/11/10 | 180 | C.S. |
| 11 | 08/03/10 | 120 | B.D. |
| 12 | 08/03/10 | 120 | B.D. |
| 13 | 08/17/10 | 120 | R.W. |
| 14 | 08/17/10 | 120 | R.W. |
| 15 | 08/18/10 | 150 | B.D. |
| 16 | 08/20/10 | 120 | B.D. |
| 17 | 08/23/10 | 120 | B.D. |
| 18 | 10/06/10 | 400 | M.T. |
| 19 | 10/12/10 | 180 | K.L. |
| 20 | 10/22/10 | 400 | M.T. |
| 21 | 11/11/10 | 260 | A.M. |
| 22 | 11/11/10 | 60 | A.M. |
| 23 | 11/15/10 | 30 | C.A. |
| 24 | 11/16/10 | 240 | C.A. |
| 25 | 12/09/10 | 180 | A.M. |
| 26 | 12/10/10 | 180 | A.M. |

| Count | Date | Number of Pills | Person |
|-------|------|-----------------|--------|
| 27 | 07/25/11 | 180 | M.L. |

COUNTS TWENTY-EIGHT THROUGH THIRTY-SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(b)]

2.   On or about the following dates, in Santa Barbara and Orange Counties, within the Central District of California, defendant JULIO GABRIEL DIAZ, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional distribution and dispensing of, the following pills containing a detectable amount of methadone, a Schedule II narcotic drug controlled substance, to the following persons:

| Count | Date | Number of Pills | Person |
|-------|------|-----------------|--------|
| 28 | 01/29/10 | 120 | C.S. |
| 29 | 05/10/10 | 120 | A.B. |
| 30 | 05/17/10 | 180 | A.B. |
| 31 | 06/25/10 | 120 | C.S. |
| 32 | 10/06/10 | 240 | M.T. |
| 33 | 10/12/10 | 240 | K.L. |
| 34 | 10/22/10 | 240 | M.T. |
| 35 | 11/11/10 | 120 | A.M. |
| 36 | 11/15/10 | 60 | C.A. |
| 37 | 12/10/10 | 120 | A.M. |

COUNTS THIRTY-EIGHT THROUGH FORTY-FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(b)]

3.     On or about the following dates, in Santa Barbara County, within the Central District of California, defendant JULIO GABRIEL DIAZ, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional distribution and dispensing of, the following pills containing a detectable amount of hydromorphone, a Schedule II narcotic drug controlled substance, to the following persons:

| Count | Date | Number of Pills | Person |
|-------|------|-----------------|--------|
| 38 | 03/04/10 | 60 | T.R. |
| 39 | 06/11/10 | 150 | C.S. |
| 40 | 10/12/10 | 120 | K.L. |
| 41 | 11/11/10 | 260 | A.M. |
| 42 | 11/11/10 | 60 | A.M. |
| 43 | 12/09/10 | 180 | A.M. |
| 44 | 12/10/10 | 180 | A.M. |
| 45 | 07/25/11 | 240 | M.L. |

COUNTS FORTY-SIX THROUGH FIFTY-SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(b)]

4.   On or about the following dates, in Santa Barbara
County, within the Central District of California, defendant
JULIO GABRIEL DIAZ, then a physician licensed to practice
medicine in the State of California, while acting and intending
to act outside the usual course of professional practice and
without a legitimate medical purpose, knowingly and intentionally
distributed and dispensed, and caused the intentional
distribution and dispensing of, the following lozenges/troches
and patches containing a detectable amount of fentanyl, a
Schedule II narcotic drug controlled substance, to the following
persons:

| Count | Date | Number of Units | Person |
|---|---|---|---|
| 46 | 05/05/10 | 30 | A.B. |
| 47 | 05/14/10 | 60 | A.B. |
| 48 | 05/15/10 | 10 | A.B. |
| 49 | 05/21/10 | 60 | A.B. |
| 50 | 10/05/10 | 120 | M.T. |
| 51 | 10/11/10 | 120 | M.T. |
| 52 | 10/15/10 | 120 | M.T. |
| 53 | 10/21/10 | 120 | M.T. |
| 54 | 10/27/10 | 120 | M.T. |
| 55 | 11/12/10 | 30 | A.M. |
| 56 | 07/25/11 | 15 | M.L. |

COUNTS FIFTY-SEVEN THROUGH SEVENTY

[21 U.S.C. §§ 841(a)(1), (b)(1)(E); 18 U.S.C. § 2(b)]

5.   On or about the following dates, in Santa Barbara County, within the Central District of California, defendant JULIO GABRIEL DIAZ, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional distribution and dispensing of, the following pills containing a detectable amount of hydrocodone, a Schedule III narcotic drug controlled substance, to the following persons:

| Count | Date | Number of Pills | Person |
|-------|------|-----------------|--------|
| 57 | 03/01/10 | 200 | T.R. |
| 58 | 03/06/10 | 280 | T.R. |
| 59 | 03/10/10 | 240 | T.R. |
| 60 | 03/24/10 | 240 | T.R. |
| 61 | 03/29/10 | 200 | T.R. |
| 62 | 08/01/10 | 240 | B.D. |
| 63 | 09/03/10 | 240 | R.W. |
| 64 | 10/12/10 | 240 | K.L. |
| 65 | 10/15/10 | 180 | M.T. |
| 66 | 10/18/10 | 240 | K.L. |
| 67 | 11/15/10 | 240 | C.A. |
| 68 | 07/06/11 | 240 | M.L. |
| 69 | 07/25/11 | 240 | M.L. |
| 70 | 07/29/11 | 240 | M.L. |

COUNTS SEVENTY-ONE THROUGH EIGHTY-THREE

[21 U.S.C. §§ 841(a)(1), (b)(2); 18 U.S.C. § 2(b)]

6.    On or about the following dates, in Santa Barbara County, within the Central District of California, defendant JULIO GABRIEL DIAZ, then a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional distribution and dispensing of, the following pills containing a detectable amount of alprazolam, a Schedule IV controlled substance, to the following persons:

| Count | Date | Number of Pills | Person |
|-------|------|-----------------|--------|
| 71 | 05/11/10 | 100 | A.B. |
| 72 | 06/08/10 | 100 | C.S. |
| 73 | 08/17/10 | 60 | R.W. |
| 74 | 10/04/10 | 100 | K.L. |
| 75 | 10/12/10 | 100 | K.L. |
| 76 | 10/15/10 | 100 | M.T. |
| 77 | 11/15/10 | 45 | C.A. |
| 78 | 11/17/10 | 120 | A.M. |
| 79 | 11/22/10 | 45 | C.A. |
| 80 | 12/02/10 | 100 | S.G. |
| 81 | 12/10/10 | 120 | A.M. |
| 82 | 07/23/11 | 60 | M.L. |
| 83 | 07/25/11 | 90 | M.L. |

COUNTS EIGHTY-FOUR THROUGH EIGHTY-EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(E), (b)(2); 21 U.S.C. § 859; 18 U.S.C. § 2(b)]

7.   On or about the following dates, in Santa Barbara County, within the Central District of California, defendant JULIO GABRIEL DIAZ, then at least eighteen years of age and a physician licensed to practice medicine in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally distributed and dispensed, and caused the intentional distribution and dispensing of, the following pills containing a detectable amount of the following Schedule II, III, and IV controlled substances to the following person who was then under twenty-one years of age:

| Count | Date | Controlled Substance | Number of Pills | Person | Age |
|-------|------|----------------------|-----------------|--------|-----|
| 84 | 11/25/08 | Oxycodone | 60 | C.S. | 19 |
| 85 | 11/25/08 | Hydromorphone | 90 | C.S. | 19 |
| 86 | 11/25/08 | Alprazolam | 60 | C.S. | 19 |
| 87 | 04/20/09 | Alprazolam | 100 | C.S. | 19 |
| 88 | 09/10/09 | Oxycodone | 180 | C.S. | 20 |

FORFEITURE NOTICE

[21 U.S.C. § 853(a)]

8.   The allegations contained in Counts One through Eighty-Eight of this First Superseding Indictment are hereby repeated, realleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging criminal forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.   Pursuant to Fed. R. Crim. P. 32.2 and Title 21, United States Code, Section 853, defendant JULIO GABRIEL DIAZ, if convicted of one or more offenses charged in Counts One through Eighty-Eight of the First Superseding Indictment, shall forfeit to the United States of America the following property:

      a.   All right, title, and interest in  --

            i.   any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any of the offenses described in Counts One through Eighty-Eight; and

           ii.   any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any of the offenses described in Counts One through Eighty-Eight;

      b.   A sum of money equal to the total value of the property described in paragraph 8(a).

9.   Pursuant to Title 21, United States Code, Section 853(p), defendant DIAZ shall forfeit substitute property, up to the value of the total amount described in paragraph 8(a), if, as

10

1 the result of any act or omission of said defendant, said

2 property, or any portion thereof, cannot be located upon the

3 exercise of due diligence; has been transferred, sold to, or

4 deposited with a third party; has been placed beyond the

5 jurisdiction of the Court; has been substantially diminished in

6 value; or has been commingled with other property that cannot be

7 divided without difficulty.

8

9                               A TRUE BILL

10

11                       _____

12                       Foreperson

13 ANDRÉ BIROTTE JR.
   United States Attorney

14

15

16 ROBERT E. DUGDALE
   Assistant United States Attorney

17 Chief, Criminal Division

18 DENNISE D. WILLETT
   Assistant United States Attorney

19 Chief, Santa Ana Branch Office

20 DOUGLAS F. McCORMICK
   Assistant United States Attorney

21 Deputy Chief, Santa Ana Branch Office

22 ANN LUOTTO WOLF
   Assistant United States Attorney

23

24

25

26

27

28