ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ANN LUOTTO WOLF (Cal. State Bar No. 137163)
Assistant United States Attorney
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California  92701
    Telephone:  (714) 338-3533
    Facsimile:  (714) 338-3561
    E-mail:     ann.wolf@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SA CR 12-11(A)-CJC |
|---|---|
| Plaintiff, | ) <u>PROTECTIVE ORDER</u> |
| v. | ) |
| JULIO GABRIEL DIAZ, | ) |
| Defendant. | ) |

    For good cause shown, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED as follows:

    1.    All documents and media produced in this case, of whatever nature (<u>e.g.</u>, printed, digital), which contain individually identifiable health information, defined as health information that is connected to an individual's name, address, driver's license number, Social Security number, or other identifying information, including health insurance claim

number, shall be covered by this Protective Order.  Also covered by this Protective Order are all documents and media produced in this case, including surveillance videos, which contain the true names or images of law enforcement officers and confidential sources acting in undercover capacities.  All such documents or media shall hereafter be referred to as "Protected Information."

  2. Protected Information may be viewed only by the parties, their counsel, and their counsel's employees, investigators, and experts for the purpose of prosecuting or defending this action.

  3. No Protected Information, or the substance of any portion thereof, shall be divulged by any person subject to this Protective Order to any other person, except as necessary for the trial in this proceeding, and such Protected Information shall be used only for purposes of the trial and preparation for the trial herein.

  4. Unless otherwise provided by order of this Court, no additional copies of the Protected Information or any portion of the Protected Information shall be made without prior Court order.

  5. Protected Information shall not be given, loaned, sold, or shown to any person except as provided by this Protective Order or by order of this Court.

  6. The parties shall not permit the Protected Information to be outside of their offices, homes, vehicles, or personal presence.

  7. Upon the final disposition of this case, whether by guilty plea, conviction at trial, or otherwise, all Protected

Information maintained in defense counsel's files will remain subject to this Protective Order unless and until such order is modified by the agreement of the parties or by Court order.  If defense counsel seeks not to maintain possession of any Protected Information in conformity with this Protective Order, such Protected Information shall be destroyed or returned to the government.

    8.   Any person found violating any portion of this Protective Order may be subject to the full contempt powers of the Court.

    IT IS SO ORDERED.

DATE:   July 3, 2013

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE