# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 12-00011-CJC |
| Date | April 29, 2015 |

Present: The Honorable **CORMAC J. CARNEY**

Interpreter None

| Melissa Kunig | Not Reported | Ann Wolf - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Julio Gabriel Diaz | Not | X | | Katherine Corrigan (CJA) | Not | X | |

**Proceedings:** (IN CHAMBERS) NOTICE TO COUNSEL REGARDING JURY TIME QUALIFICATION

At the status conference on April 16, 2015, the parties agreed that the Jury Department would time qualify the jury panel. Attached hereto is a letter the Court proposes be sent to potential jurors. Please review the proposed juror letter and let the Court know by May 4, 2015 if the letter is acceptable. The Jury Department believes the letter must be sent out soon.

|  | - | : | - |
|---|---|---|---|
| Initials of Deputy Clerk | | mku | |



**MARIA RODRIGUEZ**
**JURY ADMINISTRATOR**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
Ronald Reagan Federal Building
411 West Fourth Street, Suite 1030
Santa Ana, CA  92701-4516
www.cacd.uscourts.gov

Fax (213) 894-3751
Recorded Information
(800)  327-3296
Personal Assistance
(213) 894-3644 2:30-4:30 p.m.
Questionnaire Request
855-872-0933

FIELD(PART_NO)
@FIELD(PART_NO)@                                                                April 27, 2015
FIELD(FNAME)  FIELD(LNAME)
FIELD(ADDRESS)
FIELD(CITY), FIELD(STATE)   FIELD(ZIP)

Dear FIELD(FNAME)  FIELD(LNAME):

You have been randomly selected for possible service as a juror in the United States District Court, Central District of California (Southern Division) in Santa Ana.  Jury service is one of the most important responsibilities that a citizen performs and it should be taken seriously.  Please remember that the judicial system cannot function without the support of its citizenry.  The court needs your help.

On **Tuesday, August 11, 2015**, the United States District Court will begin jury selection for a trial that is expected to last **6 weeks**.  The Court is in the process of compiling a pool of prospective jurors available to serve on this case and would like to know if you are available to serve on a trial of this expected length.  The trial will be in session **Tuesday through Friday from 8:30 a.m. until  4:30 p.m.**  All federal holidays will be observed.

As a prospective juror summoned to appear, you will receive a $40.00 attendance fee per day and 57.5¢ per mile round trip.  Please be prepared to provide the actual mileage traveled round-trip between your residence and the courthouse.

IMPORTANT INFORMATION

- The qualification questionnaire is available to complete online on the jury website at **www.cacd.uscourts.gov/jury.** If you do not have access to the  internet and require a Hard Copy Questionnaire, please call **1 (855) 872-0933**.  You must complete the questionnaire.

-  In order to be available you must be free of any commitments that cannot be changed, such as critical medical appointments, prepaid vacation plans, etc., from **August 11, 2015, through September 22, 2015.** Complete the online questionnaire immediately.

    ☞Jurors available for this trial will receive a summons and instructions prior to the report date.

- Stating that you are self-employed or that your employer will not pay for jury service is not sufficient.  You must provide details concerning the nature of the hardship that serving as a juror for this amount of time would impose.  **See reverse side.**  Complete  the questionnaire immediately.  **Please note that even if your request to be excused from serving on this trial is granted, you may be called for shorter trials.**

- All jurors must verify their status before reporting for service by calling **(800) 327-3296** or accessing the Court's website  (**www.cacd.uscourts.gov/jury**) on Monday, August 10, 2015 after 7:00 p.m.

                                                          Respectfully,
                                                          Maria Rodriguez, Jury Administrator

## 14. GROUNDS FOR REQUESTING EXCUSE

**14(1)** **Prior Service**: This excuse is for those people who actually <u>heard testimony</u>. If you participated in the selection process but were not selected, you cannot claim this excuse. Proof of service is required.

**14(2)** If you are asking to be excused because you care for children or another dependant, and you are employed, please provide a detailed explanation describing your work arrangements and the type of care you are providing.

**14(3)** If you are claiming a hardship because you live 80 miles or more one-way from the court you must explain what that hardship is and why staying overnight at the court's expense would not relieve that hardship.

**14(4)** If you act as a volunteer firefighter or member of a rescue team for a local or federal government you may request to be excused. Please provide a statement in the "Remarks section" of the jury qualification questionnaire.

**14(5)** If you are claiming **a business, employment, or financial hardship** you must explain the following in the "Remarks section" **(a)** employer's name, **(b)** number of employees who work for company, **(c)** number of days paid for jury service, **(d)** number of people living in your household (provide ages), **(e)** number of people in your household who are employed, **(f)** total monthly income from all sources and **(g)** total major monthly expenses.

**14(6)** You may postpone your jury service up to 12 months from the time you were initially called. Explain your situation in the "Remarks section" and write the month you are available to begin your service. **Leave items 14(7) - 14(10) blank**